UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:19-CR-68 |
| | ) | |
| v. | ) | |
| | ) | |
| JIBRIL ALI BAILEY AND | ) | |
| JAMES EDWARD WILLIAMS | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a) November 29, 2019 through December 3, 2019, for the purpose of out-of-district personal travel.

b) December 23, 2019 through December 27, 2019, for the purpose of out-of-district personal travel.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 7th day of October 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA