PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                            Crim. No.   4:19CR00068-1

Jibril Ali Bailey

On December 19, 2023, Jibril Bailey was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*E. Campbell*

Erica Campbell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_25th\_\_\_ day of \_\_\_July\_\_\_, 2025.

_____
Honorable R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia